UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDDIE W. GRANT, JR. | : | |
| VS. | : | CIVIL NO. |
| CONNECTICUT DEPARTMENT OF CORRECTION | : | DECEMBER 22, 2008 |

# COMPLAINT

1. This is an action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*, and the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60(a)(1), to redress the deprivation by the defendant of rights secured to the plaintiff by the laws of the United States and the State of Connecticut. The defendant discriminated against the plaintiff in employment on the grounds of his race.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1981 and 2000e of Title 42 of the United States Code.

3. During all times mentioned in this action, the plaintiff was, and still is, an adult citizen of the United States residing in the State of Connecticut. He is an African-American male.

4. During all times mentioned in this action, the defendant was and is an agency of the State of Connecticut . It is and at all relevant times was an employer within the meaning of the aforesaid statutes and at all relevant times employed more than one hundred individuals.

5. The plaintiff has complied with all of the procedural prerequisites to suit under the statutes aforementioned.

6. The plaintiff has been employed by the defendant as a Correction Officer since January 26, 1990.

7. The plaintiff has been assigned to the Correctional Transportation Unit since September 2, 2005.

8. The plaintiff's job duties include transporting inmates from court to correctional facilities.

9. On August 31, 2007, the plaintiff's partner was Correction Officer Edward O'Reardon, a white Caucasian male.

10. On that date, Officer O'Reardon and the plaintiff transported a group of female inmates from the Union Avenue Detention Center in New Haven to York Correctional Institution in Niantic.

11. The plaintiff subsequently was informed that one of those inmates died at York Correctional some time after he and his partner delivered her to that location.

12. The defendant promptly began conducting an investigation of the said incident.

13. On September 13, 2007, the plaintiff was transferred from the Correctional Transportation Unit to an administrative post at the Cheshire Central Base pending that investigation.

14. Beginning on that date, the plaintiff was denied all overtime.

15. Officer O'Reardon was not transferred and was not denied overtime.

16. Officer O'Reardon and the plaintiff are identically situated with respect to the above matter except that Officer O'Reardon is a white Caucasian and the plaintiff is a black African-American.

17. The plaintiff thereupon filed a complaint of unlawful employment discrimination against the defendant.

18. In response, the defendant adjudicated both the plaintiff and Officer O'Reardon guilty of violating departmental regulations in connection with the said incident, although in fact neither had done anything wrong. Said action was taken to retaliate against the plaintiff for having filed his said complaint and in an attempt to conceal the defendant's aforesaid racial discrimination against the plaintiff.

19. However, the defendant imposed a greater and more harsh punishment upon the plaintiff than it did upon Officer O'Reardon although both

were identically situated except for the difference in their races.

20. As a result, the plaintiff was subjected by the defendant to humiliation, emotional distress and substantial financial losses.

21. In the manner described above, the plaintiff was subjected by the defendant to discrimination in his employment because of his race and color in violation of the statutes aforesaid.

WHEREFORE, the plaintiff claims judgment against the defendant as follows:

A. Compensatory damages in an amount this court shall consider to be just, reasonable and fair;

B. Attorney fees and the costs of this action;

C. Such other relief as this court shall consider to be fair and equitable.

**The plaintiff claims trial by jury.**

THE PLAINTIFF

BY:____________________________

JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
jrw@johnrwilliams.com
His Attorney